# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2024 KW 0453

VERSUS

FRANK GARCIA                                            **AUGUST 23, 2024**

---

In Re:     Frank Garcia, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           12150311.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to provide
this court with a file-dated copy of the motions at issue and/or
additional information regarding those motions, including the type
of motions and the dates filed in district court.

                        **JMG**
                        **AHP**
                        **TPS**

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
      FOR THE COURT